# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07 CR 83

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **WILLIAM BRIAN JOHNSON.** ) | |
| ) | |
| _____ ) | |

**THIS MATTER** coming on before the court, pursuant to a letter received by the undersigned from Stephen M. Dewalt, Warden of the Federal Medical Center in Lexington, Kentucky requesting the Federal Medical Center be given an extension of time up to September 9, 2008 to complete the evaluation of the defendant and to further be provided up to October 7, 2008 to provide a report to the court. It appearing to the undersigned that good cause has been shown for the granting of the request.

## ORDER

**IT IS, THEREFORE, ORDERED**, that the evaluation to be performed upon the defendant shall be completed by **September 9, 2008** and a report be made available to the court on or before **October 7, 2008.**

Signed: July 15, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge