**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:07CR83**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **WILLIAM BRIAN JOHNSON** | ) | |
| _____ | ) | |


**THIS MATTER** came on for hearing before the Court on October 29,

2008, for a determination of the Defendant's competency to proceed and

for a final hearing on the supervised release violations filed by the

Probation Officer.  *See* **Petition for Warrant for Offender Under**

**Supervision, filed October 31, 2007.**  Defendant also filed a "Conditional

Motion under Rule 14 to Separate Charges and Motion to Continue," on

October 29, 2008.

As to the issue of Defendant's competency, both the Defendant and

the Government stipulated to the findings contained in the forensic report

that the Defendant was competent to proceed and was sane at the time of

the alleged violations herein.  *See* **Forensic Report, prepared by Judith**

**(Betsy) Campbell, Ph.D., Forensic Psychologist, and Michael Helvey, Ph.D., Chief Psychologist, dated October 3, 2008, filed under seal October 8, 2008.** Neither party offered additional evidence as to the issue of Defendant's competency.

For the reasons more fully set forth on the record in open court, the Court finds from a review of the forensic reports that both psychologists found the Defendant competent to proceed and that he was sane at the time the alleged offenses charged herein were committed. Defendant presented no other evidence to suggest otherwise. Therefore, the Court concludes that the Defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense and that he was sane at the time of the alleged offenses charged herein.

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby deemed competent to proceed for the adjudication of the charges herein.

**IT IS FURTHER ORDERED** that the Defendant's "Conditional Motion under Rule 14 to Separate Charges and Motion to Continue," is hereby **DENIED**.

3

Signed: November 3, 2008

Lacy H. Thornburg
United States District Judge